Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 24-8167 |

### CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

I, Charles H. Chevalier, admitted to the bars of the State of New Jersey and of this Court, and a Director in the law firm of Gibbons P.C., representing Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH, hereby certify that the patent and brand product in controversy in this action are at issue in *AstraZeneca Pharmaceuticals LP v. Natco Pharma Limited*, Civil Action No. 3:24-8162, and *AstraZeneca Pharmaceuticals LP v. Sandoz Inc.*, Civil Action No. 3:24-cv-8164, which is pending in the United States District Court for the District of

New Jersey.

I further certify that the brand product in controversy in this action is at issue in *AstraZeneca Pharmaceuticals LP v. Natco Pharma Limited*, Civil Action No. 3:23-796; *AstraZeneca Pharmaceuticals LP v. Sandoz Inc.*, Civil Action No. 3:24-cv-641; *AstraZeneca Pharmaceuticals LP v. Natco Pharma Limited*, Civil Action No. 3:24-5887; *AstraZeneca Pharmaceuticals LP v. Sandoz Inc.*, Civil Action No. 3:24-cv-5889; and *AstraZeneca Pharmaceuticals LP v. Cipla Limited*, Civil Action No. 3:24-cv-7346, which are all pending in this District. All of these matters, except the *Cipla* matter, have been consolidated under Civil Action No. 3:23-cv-796 for all pretrial purposes.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 31, 2024

s/ Charles H. Chevalier
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH*